

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

)
)
)
)
)

BRIAN LACAMERA,
    Petitioner,

)
)
)

v.

)
)

STATE OF KANSAS,
    Respondent.

)
)
)

Case No. _____26-3233-JWL_____

(To be assigned by Clerk)

FILED

JUL 13 2026

Clerk, U.S. District Court

By:____N. Carp____Deputy Clerk

## PETITION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

Petitioner Brian LaCamera, appearing pro se, files this Petition under 28 U.S.C. § 2241, demanding the total vacatur of his fraudulent state conviction and discharge from all pretrial and probation restraints.

### GROUND I

The Leavenworth County conviction under Case No. LV-2025-CR-000337 is completely void as a matter of law, having been secured through explicit document forgery of plea initials, judicial suppression of identity theft files, and a coordinated act of witness perjury by defense counsel to cover up the non-production of discovery against a 100% disabled combat veteran with absolutely no prior criminal record.

### GROUND II

The Washington County Prosecutor and Sheriff's Office have engaged in a malicious, bad-faith prosecution—knowingly executing an armed entry under a June 6th recalled warrant containing a fatal wrong-address directional defect, locking out the Petitioner from posting bail for 36 hours to back-date electronic records on June 11th, and conducting an armed, warrantless residential entry via a kicked-in back door in July.

### GROUND III

The Riley County Sheriff's Office has executed a fraudulent investigation track built upon intentional perjury on a sworn return, the deliberate fabrication of a secure crime scene to invent a

nexus, the bad-faith destruction of exculpatory video files, and the execution of a facially dead, expired warrant.

**GROUND IV**

The Respondents have executed a profound fraud upon the court by actively forging public court portal database logs, manufacturing entirely fictional court hearings and dismissals signed by defense counsel without client consent, and typing a false 4-day custody credit to criminally erase a 9-day extrajudicial naked isolation hold exposed by a time-stamped Bondsman's Affidavit.

**GROUND V**

The Petitioner has been completely denied his Sixth Amendment right to effective, conflict-free counsel, as court-appointed lawyers conditioned advocacy on illegal fees, held ex parte meetings in judge's private chambers, stood in complicit silence during perjury loops, and signed unauthorized waivers to secretly dismiss the Petitioner's Motions to Disqualify, Reinstate Bond, and for Release behind his back.

**GROUND VI**

The Respondents have violated the Fourteenth Amendment Due Process Clause under the federal Stigma-Plus Doctrine by deliberately spreading fabricated criminal labels that blacklisted the Petitioner's commercial business, forced out-of-state clients over three hours away to cease transactions, and systematically isolated his minor children from the community to economic-liquidate his household.

**GROUND VII**

The Respondents executed an unlawful, non-consensual biological pretrial DNA extraction inside a closed jail cell utilizing a six-man extraction unit composed of one (1) jail supervisor, four (4) sheriffs, and the out-of-county detective, deploying raw physical duress, explicit threats of permanent solitary confinement, and psychological bullying to enforce a facially dead, expired October 7, 2025 search warrant, in direct violation of the Fourth and Fourteenth Amendments.

Dated: July 13, 2026

*Brian LaCamera*

**Brian LaCamera, Petitioner Pro Se**
606 S. Main St., Linn, KS 66953

**Certificate of Service**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**BRIAN LACAMERA,**

Petitioner,

v.

**STATE OF KANSAS,**

Respondent.

Case No. _____26-3233-JWL_____ *(To be assigned by Clerk)*

**FILED**

JUL 13 2026

Clerk, U.S. District Court

By:_____Deputy Clerk

I hereby certify that on this _13_ day of _July_____, 2026, a true and correct copy of the foregoing **Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** was served via First-Class U.S. Mail, postage prepaid, upon the following parties:

**Office of the Kansas Attorney General**
120 SW 10th Ave, 2nd Floor
Topeka, KS 66612
*(Representing the Respondent, State of Kansas)*

**Leavenworth County Attorney's Office**
601 S. 3rd Street, Suite 3069
Leavenworth, KS 66048
*(Regarding Leavenworth County Case No. LV-2025-CR-000337)*

**Washington County Attorney's Office**
214 C Street
Washington, KS 66968
*(Regarding Washington County matters)*

**Riley County Attorney's Office**
100 Courthouse Plaza
Manhattan, KS 66502
*(Regarding Riley County matters)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _13_ day of _July_____, 2026.

Brian OLaCamera
Brian O LaCamera