**IN THE UNITED STATES DISTRICT**
**COURT**
**FOR THE DISTRICT OF KANSAS**

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ___26-3233-JWL___
(To be assigned by Clerk)

**BRIAN LACAMERA,**
    Petitioner,

v.

**STATE OF KANSAS,**
    Respondent.

---

### VERIFICATION AND UNSWORN DECLARATION

---

I, Brian LaCamera, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that I am the self-represented Petitioner in the above-captioned emergency action. I have read the foregoing Omnibus Emergency Motion for an Immediate Stay and Habeas Petition and the factual assertions contained therein.

    I certify that all stated facts—including my background as a 100% disabled combat veteran with absolutely zero prior criminal history, the six-man cell extraction unit executing the forced buccal swab DNA collection, the public press reports exposing the Washington County Sheriff structural scandals, the state-sponsored blacklisting and customer loss 3+ hours away, the un-gated Riley County reality contradicting the facility's online security layout, the September 30 Bondsman's Affidavit, the judicial suppression of my plea withdrawal and identity theft motions, the attorney perjury under oath regarding discovery, the forged signatures on dismissals, the fake court dates, the June 6 recalled warrant with the wrong address error, the June 10 arrest, the 36-hour bail lockout, the July armed kick-in, the June 11 back-dated paper stamps, the refuting fax and video timestamps, Prosecutor Hiltgen's knowledge of the lies, Detective Parker's advance warrant tracking, the illegal notary signatures, and the physical injuries documented by Clay Center EMS—are entirely true, accurate, and correct to the best of my personal knowledge.

Executed on this 13th day of July, 2026.

**Brian LaCamera, Petitioner Pro Se**

606 S. Main St., Linn, KS 66953