23-006217

FILED

2026 JAN 20 PM 12: 35

DISTRICT COURT
RILEY CO. KS.

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS

SEARCH WARRANT        No. RL2026MR000018

Issued at: 11 : 40 a.m.

Oct. 7, 20 25

State of Kansas        )
County of Riley        )

TO ALL LAW ENFORCEMENT OFFICERS OF THE STATE OF KANSAS:

**SEARCH WARRANT FOR:**  Known Oral/Buccal Swab Sample of DNA from **Brian LaCamera, Date of Birth ███████, 1986, Social Security Number ███-2041**. Sample shall be collected and maintained while in the presence of a Law Enforcement Officer and shall consist of two (2) pairs of oral buccal swabs.

WHEREAS, an affidavit and application for search warrant has been presented to me by, **Detective Wesley Ulmer** of the Riley County Police Department, and having evidence under oath before me from which I find there is probable cause to believe an offense against the laws of the State of Kansas, **Burglary** has been or is being committed. The listed information on the application for the search warrant and affidavit in support there-of, are incorporated herein by reference as contraband, evidence, fruits or instrumentalities of such offense, to-wit:

1. **Known Oral/Buccal Swabs (4) of DNA from Brian LaCamera, Date of Birth ███████ 1986, Social Security Number ███-2041**

Are located in or upon the above described persons, places, things, or means of conveyance;

**YOU ARE THEREFORE COMMANDED** forthwith to search the person, place, thing, or means of conveyance herein before specified for such items holding them to be dealt with according to law and make due return of the warrant.

_____
**Judge of the District Court**

Riley County Police Department
20 JAN '26 PM2:02

RETURN

_____

I, the undersigned, received this warrant on the _7TH_ day of _OCTOBER_, 20_25_, at _11_ : _40_ _A_.M., and I have executed it as follows:

1.  On the _14TH_ day of _OCTOBER_, 20_25_, at _17_:_20_ _P_.M., I conducted a search of the person, place, or means of conveyance described in the warrant. Officers present and participating in this search were: [attach additional sheets if needed]

    ___DETECTIVE PARKER_____

    _____

2.  I seized the following items of property:

    _____        As listed on the attached sheet

    __XX__         As listed here and on the reverse side of this return.

    _____ INDIVIDUAL BARRICADED IN RESIDENCE AND REFUSED TO COMPLY WITH SEARCH WARRANT.

    _____ CRIMINAL AFFIDAVIT FOR ARREST WARRANT HAS BEEN FILED IN WASHINGTON COUNTY

3.  A copy of this warrant, with a signed copy of this return listing said property seized and held, was by me:

    _____        left with _____, as his/her receipt particularly describing each article seized and held.

    _____        left at the place of the search and seizure, there being no person available with whom to leave it.

4.  The search was completed at ___:___ ___.M. on this _____ day of _____, 20__.

Returned on this _____ day of _____, 20__, by _____

Subscribed and sworn to, and returned before me this _____ day of _____, 20__.


_____
**Clerk of the District Court**

23·00 6217

RL2026MR000018

on the _7TH_ day of _OCTOBER_, 20_25_, at _11_: _40_ _A_.M., and I

__, 20_25_, at _17_: _20_ _P_.M., I conducted a search of the person, escribed in the warrant.  Officers present and participating in this search needed]

_____

_____

2.     I seized the following items or property:

_____          As listed on the attached sheet

__XX__          As listed here and on the reverse side of this return.

_____    INDIVIDUAL BARRICADED IN RESIDENCE AND REFUSED TO COMPLY WITH SEARCH WARRANT.

_____    CRIMINAL AFFIDAVIT FOR ARREST WARRANT HAS BEEN FILED IN WASHINGTON COUNTY

3.     A copy of this warrant, with a signed copy of this return listing said property seized and held, was by me:

_____          left with _____, as his/her receipt particularly describing each article seized and held.

_____          left at the place of the search and seizure, there being no person available with whom to leave it.

4.     The search was completed at ___:___ __.M. on this _____ day of _____, 20__.

Returned on this _20TH_ day of _JANUARY_, 20_26_, by _____ #54

Subscribed and sworn to, and returned before me this _20th_ day of _January_, 20_26_

**Clerk of the District Court**

# THE 21st JUDICIAL DISTRICT OF RILEY COUNTY, KANSAS

**IN RE: SEARCH WARRANT FOR:** Known Oral/Buccal Swab Sample of DNA from **Brian LaCamera, Date of Birth** ▇▇▇▇▇**, 1986, Social Security Number** ▇▇▇**-2041.** Sample shall be collected and maintained while in the presence of a Law Enforcement Officer and shall consist of two (2) pairs of oral buccal swabs.

## APPLICATION FOR SEARCH WARRANT

State of Kansas, Riley County, ss

Affiant, **Detective Wesley Ulmer**, of lawful age, after first being duly sworn on oath, on information and belief states:

Affiant has probable cause to believe and does believe that an offense against the laws of the State of Kansas, **Burglary**, has been committed and that certain contraband, fruits, instrumentalities and evidence of such offense, to-wit:

1. **Known Oral/Buccal Swabs (4) of DNA from Brian LaCamera, Date of Birth** ▇▇▇▇▇**, 1986, Social Security Number** ▇▇▇**-2041**

are located in or upon the above described persons, places, things or means of conveyance.

That the basis of Affiant's probable cause is as follows and was obtained by the affiant, from **the victims, Kansas Bureau of Investigation Forensic Scientists, and other Law Enforcement Officers with the Riley County Police Department:**

1.    **On November 14, 2023, Detective Ulmer, of the Riley County Police Department hereon referred to as I, was assigned to a reported storage unit burglary. Monte Miller and Doris Miller reported that between November 11, 2023 and November 14, 2023, their storage unit, located at AAA Self Storage, 1812 Fair Lane, Manhattan, Riley County, Kansas, was entered and most of the items that were in the storage unit were taken.**

2.    **Monte and Doris reported a large amount of items being taken, totaling approximately $17,864.40.**

3.    **Various searches through online marketplaces and databases were conducted multiple times with none of the items being located.**

4.      During the initial investigation, fingerprints were collected from cabinets that appeared to have been shifted from their original location in the storage unit. On January 1, 2024, I received Kansas Bureau of Investigations Forensic Laboratory results for the latent prints that were collected from the cabinet and submitted for examination. The report indicated that there was insufficient ridge detail present to examine the prints.

5.      A cigarette butt was also discovered inside the storage unit that had some ash coming from the cigarette, appearing as if it had been dropped while lit and burned out in place. Monte and Doris both confirmed that none of them smoked and that none of the movers smoked while moving items into the storage unit. Doris later explained that she thought one of the movers did smoke, but did not while moving items. Monte also explained that items were stacked where the cigarette butt was located. Doris was adamant that the cigarette was not in the storage unit when they were in it on Saturday (November 11).

6.      On April 14, 2024, I received Kansas Bureau of Investigations Forensic Laboratory results for the cigarette butt that was collected and submitted for DNA examination. The report indicated that there was a partial DNA profile found belonging to an unknown male. The report indicated the partial DNA profile was entered into the appropriate databases within the Combined DNA Index System (CODIS).

7.      On May 31, 2024, I received a voicemail from Doris as well as a packet containing printed papers of a Facebook Marketplace listing for German beer steins. I searched Facebook marketplace and located the ad. The seller was listed as Katie Bargman in Linn, KS. I conducted a Spillman (local law enforcement database) search and found Katie Bargman to be an alias (possibly a previous married or maiden name) for Katie Safford. I conducted a TLO search and found Katie to have an address of 606 S Main St., Linn, KS.

8.      I then went to the address in Linn, KS in an attempt to meet with Katie. Upon arrival I met with Brian Odell Lacamera, identified by name and date of birth. Brian said Katie was not home and he did not know when she would return.

9.      Brian asked if I was there because of the beer steins and I said I was. Brian explained that the listing was made on his behalf and that he was the seller of the beer steins. Brian said he had been contacted by the Millers about the steins. Brian said he acquired the steins at an auction but was unsure which auction. Brian explained that he is in the business of purchasing auctioned storage units and purchasing items at estate auctions. Brian said he then resells the items.

10.      Brian showed me around his house and I did not see any other key items that were reported stolen from the Miller's storage unit. Brian searched around but was unable to locate the steins. The house was generally clean and neat inside, but the garage was full and cluttered with a plethora of items.

11.      Brian said he originally acquired the steins approximately 1 - 2 years ago at an auction.

12.     Nothing in the photographs would have made the steins uniquely identifiable and there were no other unique items located at the residence. Brian also offered to give the steins to the Millers for their loss.

13.     On September 8, 2025, I received Kansas Bureau of Investigations Forensic Laboratory CODIS Notification. The report indicated that during a search of the CODIS database, an association occurred between the partial DNA profile that was collected from the cigarette butt submitted for analysis and an arrestee profile generated by the Kansas Bureau of Investigation DNA Databank. The report said the arrestee was identified as Brian LaCamera, Date of Birth ████████, 1986, Social Security Number ████-2041, KBI Number 35048764.

===============================================================================

The Affiant has been employed with the Riley County Police Department as an officer or a detective since August, 2013. The affiant is an experience law enforcement officer and is currently assigned to the Repeat Offender Program within the Special Investigations Unit. The affiant has been in this position since May, 2024, however, has worked numerous investigations involving person crimes, financial crimes, property crimes, and drug related crimes during his time of service.

1. The affiant knows from his investigative experience and training that known samples of DNA (Deoxyribonucleic acid) are utilized for comparison in regard to biological evidence collected in various crimes, most commonly used in person related felony investigations.
2. The affiant knows that a CODIS (Combined DNA Index System) hit of suspect in an investigation is not alone probable cause for arrest. A known sample is required for analysis and comparison for confirmation.
3. The affiant knows an individual's DNA is unique to only themselves and used as both exculpatory and inculpatory evidence in court. Because of this DNA swabs/samples should be handled as evidence following Riley County Police Department policy and procedures for collection and storage.
4. The affiant knows that DNA evidence collected for comparison (known sample) is sent to the Kansas Bureau of Investigation for further analysis.

   *WHEREFORE, Affiant prays that a search warrant be issued, according to law, to search for, apprehend and seize, the above-described items, if any there be, holding them to be dealt with according to law.*

_____
                                                        AFFIANT

SUBSCRIBED AND SWORN to before me this 6th day of October, 2025.

_____
                                                        Public Notary

DUSTIN J. WEISZBROD
Notary Public – State of Kansas
My Appt. Expires 6-27-27

ELECTRONICALLY FILED
2025 Jun 05 AM 10:47
CLERK OF THE LEAVENWORTH COUNTY DISTRICT COURT
CASE NUMBER: LV-2025-CR-000337
PII COMPLIANT



| | |
|---|---|
| **Court:** | Leavenworth County District Court |
| **Case Number:** | LV-2025-CR-000337 |
| **Case Title:** | State of Kansas  vs.  Brian Odell Lacamera |
| **Type:** | ORD: Warrant - Recall ORDER WITHDRAWING ARREST WARRANT |

SO ORDERED,

/s/ Honorable Gerald Kuckelman, District
Court Judge

Electronically signed on 2025-06-05 10:47:01          page 1 of 2

IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS

STATE OF KANSAS

    VS.                       Case No. LV-2025-CR-000337

BRIAN ODELL LACAMERA

## ORDER WITHDRAWING ARREST WARRANT

On this 4th day of June, 2025, in the above captioned case, the Court has ordered the withdrawal of the Arrest Warrant filed on the 4th day of June, 2025.

WITNESS MY HAND IN SAID COUNTY AND STATE AFORESAID, AS OF THE TIME REFLECTED ON THE ELECTRONIC FILE STAMP.

IT IS SO ORDERED.

PREPARED & SUBMITTED BY:

*/s/ Christen Secrest*
CHRISTEN SECREST  #26804
Assistant County Attorney
601 S. Third Street, Suite 3069
Leavenworth, KS 66048
PH (913) 684-0899
FX (913) 684-1050
CSecrest@leavenworthcounty.gov

## RETURN

I, _____ of the Leavenworth County Sheriff's Department, state

that on _____, I returned the Arrest Warrant in the above captioned case to

the office of the Clerk of District Court.

By: _____

IN THE DISTRICT COURT OF Leavenworth COUNTY, STATE OF KANSAS

STATE OF KANSAS
Plaintiff

Vs.

_Brian Lacamera_                                    Case No. LV-2025CR337
Defendant

### NOTICE OF INCARCERATION & BONDMAN'S AFFIDAVIT

State of Kansas)
County of _____Leavenworth_____ ) SS;

The undersigned bond agent, Being First Duly Sworn, alleges and states;

Defendant has been arrested upon my authority pursuant to K.S.A. 22-2809, or has been arrested under separate authority of the State Of Kansas. I request that the Surety be discharged from liability on the bond previously filed with the court in the amount of $ _20,000_ on the _29_ day of _July_ and that any motion to forfeit the bond is set aside. I certify that the Court records show that the charge on which the defendant is being surrendered is still pending in this Court. The reasons justifying my arrest of the defendant and for which I am requesting discharge are as follows:

_Defendant FTA on 9/19/25 and is in custody in Washington County with a hold on this case_

Printed Agent Name: _Shane Schmidt_
Agent for Lexington National Insurance Corp

District/County Attorney Signature _____
(if required)

### COURT DISCHARGE OF SURETY

Surety Discharged on the ____ day of _____, 20 ___ by Judge _____
                                                                    Printed Name

_____
Judge's Signature

025-09-30 14:06 CDT -                                    +12014740468     PAGE 2,

2:00

DETAILS          NOTIFIED

# BRIAN ODELL LACAMERA

Custody Record

Age 38

Gender **Male**

Race White

**KS: Washington County**

**Sheriff's Office**

ID Number 18**

Custody Status **In Custody**

Custody Detail **Washington**

**County Jail**

RECORD              GET

DETAILS          NOTIFIED

# BRIAN ODELL LACAMERA

Custody Record    **QUICK EXIT**

09/30/2025 TUE 14:05   [JOB NO. 9049]002

ELECTRONICALLY FILED
2025 Oct 03 PM 12:13
CLERK OF THE LEAVENWORTH COUNTY DISTRICT COURT
CASE NUMBER: LV-2025-CR-000337
PII COMPLIANT



**LEAVENWORTH COUNTY SHERIFF'S OFFICE**

**Andrew Dedeke, Sheriff**   601 S. 3rd Street Suite 2007 Leavenworth, Kansas, 66048   Phone (913) 682-5724
RETURN OF SERVICE

Printed on October 3, 2025

Form Title RETURN OF SERVICE

CASE #: LV LV2025CR000337

**CASE TITLE:** STATE OF KANSAS
VS

Defendant: LACAMERA, BRIAN

WARRANT TYPE: Bench

RECEIVED DATE: 09/19/25

SERVICE DATE: 10/02/25                    SERVICE TIME: 18:07

Executed by arresting the within named subject and holding him/her in custody under the same.

Thank you for your assistance,

SERVING OFFICER: SIEBENMORGEN, DEREK

**OUT OF COUNTY SERVICE:**

**RECEIVING CLERK:** 4463 - DENHAM, NAHOMI

**CLERK:** 4463 - DENHAM, NAHOMI
**NCIC Warrant Specialist**
**Leavenworth County Sheriff's Office**
**ORI: KS0520000**
**Phone: 913-682-5724**
**Office: 913-758-4062**
**Fax: 913-684-1025**

Page 1 of 1

ELECTRONICALLY FILED
2025 Sep 19 PM 4:56
CLERK OF THE LEAVENWORTH COUNTY DISTRICT COURT
CASE NUMBER: LV-2025-CR-000337
SEALED



**Court:**          Leavenworth County District Court

**Case Number:**    LV-2025-CR-000337

**Case Title:**     State of Kansas   vs.   Brian Odell Lacamera

**Type:**           ORD: Warrant - Bench BENCH WARRANT issued (No Bond)

SO ORDERED,

/s/ Honorable Gerald Kuckelman, District Court Judge

Electronically signed on 2025-09-19 16:56:29          page 1 of 3

## IN THE DISTRICT COURT OF LEAVENWORTH COUNTY KANSAS

State of Kansas                                    *Plaintiff(s)*

vs.                                                Case No. LV-2025-CR-000337

Brian Odell Lacamera                               *Defendant(s)*

### BENCH WARRANT

**TO ALL LAW ENFORCEMENT OFFICERS IN THE STATE OF KANSAS:**

You are hereby commanded forthwith to apprehend and attach the body of **BRIAN ODELL LACAMERA** and to detain such person in your custody in the county jail until a hearing can be held or bond is posted.

**AND:**

**IN WITNESS WHEREOF,** I have hereunto set my hand at my office in Leavenworth, Kansas, on this the 19th day of September, 2025.



_____
The Honorable Gerald R Kuckelman
District Court Judge

**Original Charge(s):**
Theft of property or services; Value $1,500 to $25,000

**Degree:**
Felony Level 9 Nonperson

**Bond:** NO BOND

**Reason:**

| | |
|---|---|
| ☐ Alias Warrant | ☐ Bond Violation |
| ☐ Contempt of Court | ☐ Case Initiating Arrest Warrant |
| ☒ Failure to Appear | ☐ Failure to Pay Fines and Fees |
| ☐ Failure to Comply | ☐ Ran from Authorized Placement |
| ☐ Probation Violation | ☐ UA and/or Drug Screen upon Arrest |

## RETURN OF SERVICE

I received this warrant on _____, _____, and I declare under penalty of perjury that I executed it by _____ service upon BRIAN ODELL LACAMERA on _____, _____ at _____ ☐AM / ☐PM.

_____        _____
Officer Serving for                           Department

Judicial approval is indicated either by the signed document or the attached signature page.

06/10/2025 TUE 17:30  FAX                                                    ☑002/005



COPY

ELECTRONICALLY FILED
2025 Jun 11 AM 9:25
CLERK OF THE LEAVENWORTH COUNTY DISTRICT COURT
CASE NUMBER: LV-2025-CR-000337
CLERK OF THE LEAVENWORTH COUNTY DISTRICT COURT
CASE NUMBER: LV-2025-CR-000337
SEALED



Court:          Leavenworth County District Court

Case Number:    LV-2025-CR-000337

Case Title:     State of Kansas  vs.  Brian Odell Lacamera

Type:           ORD: Warrant - Arrest ARREST WARRANT ISSUED
                (10,000 C/S)

                                                         '25 JUN 5 2:57PM

SO ORDERED,                                        RCVD LVCOSHERIFF

                            _signature_

                            _____
                            /s/ Honorable Gerald Kuckelman, District
                            Court Judge

Electronically signed on 2025-06-05 10:41:53        page 1 of 4

# ARREST WARRANT

### Bond: 10,000.00 Cash/Surety

STATE OF KANSAS

VS.

Brian Odell Lacamera
606 N Main St
Linn, KS 66953

Plaintiff,

Court Case No. See File Stamp

LVCA Temporary #: 1030105304

Defendant.

**THE STATE OF KANSAS TO** the Sheriff of Leavenworth County, Kansas, or any other law enforcement officer in the state of Kansas:

A Judge of the District Court has reviewed an affidavit and/or complaint filed in the above captioned case. The Court finds probable cause to believe that Brian Odell Lacamera has committed the following crime(s):

### COUNT ONE
### Theft of Property/Services - Value $1,500 to $25,000

That on or about May 3, 2025, in Leavenworth County, Kansas, **BRIAN ODELL LACAMERA** did unlawfully, feloniously, and intentionally obtain or exert unauthorized control over property or services, to wit: Auction Merchandise, with the intent to permanently deprive the owner, to-wit: Benjamin Dale Phillips II, of the possession, use, or benefit of the property or services, of a value of at least $1,500, but less than $25,000, a severity level 9 nonperson felony, in violation of K.S.A. 21-5801(a)(1) & (b)(3).

You are, therefore, commanded forthwith to arrest said Brian Odell Lacamera and bring said defendant before a Judge as provided by law to answer said charge(s), and then and there return this Writ.

WITNESS MY HAND IN SAID COUNTY AND STATE AFORESAID, AS OF THE

TIME REFLECTED ON THE ELECTRONIC FILE STAMP.

Law Enforcement Agency Case No: 25-271
Tonganoxie Police Department

Place in NCIC: ☐ No  ☒ Yes         ☒ Surrounding states only         ☐ Outside surrounding states

## ARREST WARRANT

STATE OF KANSAS                    Plaintiff,

     VS.                    Court Case No. _____

                          LVCA Temporary #: 1030105304

Brian Odell Lacamera
606 N Main St
Linn, KS 66953                    Defendant.

---

### ARREST WARRANT RETURN OF SERVICE

Received this Writ on the _____ day of _____, 2025. Executed the same by arresting the within named BRIAN ODELL LACAMERA on the 10th day of June, 2025 and bringing him before the Judge of the District Court of Leavenworth.

                                       Andrew D. Dedeke
                                       Sheriff of Leavenworth County, Kansas by:

                                       _____

_____, I cannot find the within named Brian Odell Lacamera in my County.

                                         Andrew D. Dedeke
                                         Sheriff of Leavenworth County, Kansas by:

                                       _____
                                       601 S. 3rd Street
                                       Leavenworth, KS 66048

WSSO _Kirk Weiche #111_                    Date 06/10/25
                Ass Arresting Deputy

06/10/2025 TUE 17:30  FAX                                                    ☑002/005



ELECTRONICALLY FILED
2025 Jun 11 AM 9:25
CLERK OF THE LEAVENWORTH COUNTY DISTRICT COURT
CASE NUMBER: LV-2025-CR-000337
CLERK OF THE LEAVENWORTH COUNTY DISTRICT COURT
CASE NUMBER: LV-2025-CR-000337
SEALED



| | |
|---|---|
| **Court:** | Leavenworth County District Court |
| **Case Number:** | LV-2025-CR-000337 |
| **Case Title:** | State of Kansas  vs.  Brian Odell Lacamera |
| **Type:** | ORD: Warrant – Arrest ARREST WARRANT ISSUED (10,000 C/S) |

'25 JUN 5 2:37PM

SO ORDERED,

RCUD LUCOSHERIFF

/s/ Honorable Gerald Kuckelman, District Court Judge

Electronically signed on 2025-06-05 10:41:53        page 1 of 4

# ARREST WARRANT

**Bond: 10,000.00 Cash/Surety**

STATE OF KANSAS

VS.

Brian Odell Lacamera
606 N Main St
Linn, KS 66953

Plaintiff,

Court Case No. See File Stamp

LVCA Temporary #: 1030105304

Defendant.

**THE STATE OF KANSAS TO the Sheriff of Leavenworth County, Kansas, or any other law enforcement officer in the state of Kansas:**

A Judge of the District Court has reviewed an affidavit and/or complaint filed in the above captioned case. The Court finds probable cause to believe that Brian Odell Lacamera has committed the following crime(s):

## COUNT ONE
### Theft of Property/Services – Value $1,500 to $25,000

That on or about May 3, 2025, in Leavenworth County, Kansas, **BRIAN ODELL LACAMERA** did unlawfully, feloniously, and intentionally obtain or exert unauthorized control over property or services, to wit: Auction Merchandise, with the intent to permanently deprive the owner, to-wit: Benjamin Dale Phillips II, of the possession, use, or benefit of the property or services, of a value of at least $1,500, but less than $25,000, a severity level 9 nonperson felony, in violation of K.S.A. 21-5801(a)(1) & (b)(3).

You are, therefore, commanded forthwith to arrest said Brian Odell Lacamera and bring said defendant before a Judge as provided by law to answer said charge(s), and then and there return this Writ.

WITNESS MY HAND IN SAID COUNTY AND STATE AFORESAID, AS OF THE

TIME REFLECTED ON THE ELECTRONIC FILE STAMP.

Law Enforcement Agency Case No:  25-271
Tonganoxie Police Department

Place in NCIC: ☐ No  ☒ Yes      ☒ Surrounding states only      ☐ Outside surrounding states

06/10/2025 TUE 17:30 FAX                                                    ☒005/005

# ARREST WARRANT

STATE OF KANSAS                        Plaintiff,

VS.                        Court Case No. _____

                          LVCA Temporary #: 1030105304

Brian Odell Lacamera
606 N Main St
Linn, KS 66953                        Defendant.

_____

## ARREST WARRANT RETURN OF SERVICE

Received this Writ on the _____ day of _____, 2025. Executed the same by arresting the within named BRIAN ODELL LACAMERA on the 10ᵗʰ day of June , 2025 and bringing him before the Judge of the District Court of Leavenworth.

                          Andrew D. Dedeke
                          Sheriff of Leavenworth County, Kansas by:

                          _____

_____, I cannot find the within named Brian Odell Lacamera in my County.

                          Andrew D. Dedeke
                          Sheriff of Leavenworth County, Kansas by:

                          _____

                          601 S. 3ʳᵈ Street
                          Leavenworth, KS 66048

WSSO  _Kirk Weiche_ #111          Date 06/10/25
      Ass. Arresting Deputy

ELECTRONICALLY FILED
2026 Feb 02 PM 1:24
CLERK OF THE LEAVENWORTH COUNTY DISTRICT COURT
CASE NUMBER: LV-2025-CR-000337
PII COMPLIANT

**KANSAS SENTENCING GUIDELINES
PRESENCE INVESTIGATION REPORT
FACE SHEET
PLEASE USE FOR CRIMES COMMITTED ON
JULY 1, 2024 - JUNE 30, 2025**

[X] Original  [ ] Amended

1. Judicial District: 1st

County and ORI number: LEAVENWORTH, KS052015J

Case Number: LV2025CR000337  [ ] DV Case

Consolidated Cases: N/A

Name: Brian Odell Lacamera

A/K/A's: N/A

Age: 38    K.B.I. No: KS35048764

Sex:  [X] Male  [ ] Female

Race:  [X] W  [ ] B  [ ] A.I.  [ ] A

Ethnicity:  [ ] Hispanic  [X] Non-Hispanic

Citizenship:  [X] U.S.  [ ] Citizen of: _____

Detainer or Other Charges Pending?  [X] Yes  [ ] No

Subject in Custody Awaiting Sentencing?  [ ] Yes  [X] No

Begin 10/02/2025 End 10/06/2025 = 4 Days

DNA Sample Taken (K.S.A. 21-2511):  [X] Yes  [ ] No

2. IF OFFENDER WAS UNDER 18 YEARS OF AGE WHEN CRIME(S) WAS COMMITTED AND WAS TRIED AS AN ADULT, OFFENDER WAS:

[ ] Adjudicated as an Adult Under K.S.A. 38-2347

[ ] Automatically Considered Adult Because of a Prior Felony

3. Names of Co-Defendants, if any:  N/A

4. Defense Attorney:  Shane Rockey

Type of Counsel Prior to Sentencing:

[ ] Retained  [X] Appointed  [ ] Self

[ ] Waived Orally  [ ] Waived in Writing

Prosecuting Attorney: Christen Secrest

Sentencing Judge: Gerald Kuckelman

Date of Guilty Plea or Judgment: 01/07/2026

Date of Sentencing: 02/04/2026

5. Presentence Investigator:  Amber Ables

Date Assigned: 01/07/2026 Date Submitted: 02/02/2026

Presentence Investigator's signature: *Amber Ables*

6. Primary Offense:  Theft of Property or Services; Obtain or exert una...

[ ] Attempt  [ ] Conspiracy  [ ] Solicitation

K.S.A. No. (including subsections): 21-5801(a)(1) (b)(3)

Offense Date: 05/03/2025    Count No.: 1

[ ] Offender Registration Required - Attach Supplement (Pg 8) (K.S.A. 22-4902)

Criminal History Score: I

[ ] Person  [X] Nonperson

[ ] Misdemeanor - Class ____

[X] Felony:  [X] Severity Level 9  [X] Nondrug  [ ] Drug

[ ] Off-grid  [ ] Nongrid (K.S.A. 21-6804(i))

If Grid Sentence:  [ ] Mandatory Prison as per K.S.A. 21-5703

[ ] Presumptive Prison  [ ] Presumptive Prison per Special Rule

[X] Presumptive Probation  [ ] Border Box

Range: Aggravated 7 Standard 6 Mitigated 5

Max. Good Time: (K.S.A. 21-6821)  [ ] 15%  [X] 20%

Special Rules:  [ ] Special Rule Applies - Attach Supplement (Pg 6)
Number ____ and Description: _____

If Drug Offense (Indicate statute for controlled substance):

[ ] 65-4105  [ ] 65-4107  [ ] 65-4109  [ ] 65-4111  [ ] 65-4113

Name of Drug: _____

Amount: (Distribution Only) _____

[ ] w/in 1,000 ft of school  [ ] Firearm Finding (K.S.A. 21-6805(g)):

[ ] 6 months  [ ] 18 months

Drug Treatment:  [ ] Mandatory  [ ] With Court Finding

Not Eligible:  [ ] Criminal History  [ ] Residency

[ ] 3rd or Subsequent Conviction Felony Possession

[ ] Very Low, Low, or Medium LS/CMI score

[ ] Low or Moderate WRNA score

[ ] Low SASSI score

Postrelease Supervision Duration:  [X] 12 months  [ ] 24 months

[ ] 36 months  [ ] 60 months K.S.A. 22-3717(d)(1)(G)(ii)

[ ] Up to 60 months _____ K.S.A. 22-3717(d)(1)(D)(i)

[ ] Lifetime Postrelease (K.S.A. 22-3717(d)(1)(G)(i))

[ ] Lifetime Parole/Electronic Monitoring (K.S.A. 21-6604(r))

Probation Duration:  [X] 12 months  [ ] 18 months  [ ] 24 months
[ ] 36 months  [ ] Other: ____

[ ] Additional one month jail if child <18 in vehicle (K.S.A. 8-1567(c) (DUI) or K.S.A. 8-2, 144(c) (Comm. DUI) (include in total))

Rev 02/02/2026

**CASE NO. LV2025CR000337**                                           page 5

**8. PLACEMENT OPTIONS:** This is a list of placement options and the presentence investigator's professional assessment of possible conditions should the court place the offender on probation or order some form of community sanction.

☐ Currently Supervised by
  ☐ Court Services   ☐ Community Corrections   ☐ Parole
☐ COMMUNITY CORRECTIONS [Indicate the criteria from K.S.A. 75-5291 or Special Rule that qualifies the defendant for placement in Community Corrections.]
  ☐ (a)(2)(A) Scored high or very high on LS/CMI   ☐ (a)(2)(A) Scored medium or high on WRNA
  ☐ (a)(2)(B) Downward dispositional departure from presumptive prison sentence
  ☐ (a)(2)(C) Convicted of offense severity level 7 or higher which requires registration
  ☐ (a)(2)(F) Drug Treatment for up to 18 months (K.S.A. 21-6824 "SB 123")
  ☐ (a)(2)(G) Sentenced pursuant to K.S.A. 8-1567 (DUI)
  ☐ Special Rule Applies
☒ COURT SERVICES
☐ SPECIALTY COURTS _____   Supervised by ☐ Court Services ☐ Community Corrections

**9. OFFICER'S ASSESSMENT OF CONDITIONS OF PROBATION:**   K.S.A. 21-6607   [Check All That Apply.]
☐ Alcohol evaluation ☐ Drug evaluation ☒ Mental Health evaluation ☐ ADSAP Evaluation ☐ Domestic Violence Offender Assessment (K.S.A. 21-6604(p))

☐ Inpatient
☐ Outpatient
☒ No possession or consumption of alcohol or illegal drugs
☒ At supervising agency request and at defendant's own expense, submit to random: ☒ Breath test ☒ Blood test ☒ Urinalysis test
☐ Community Service Work: _____ Hours
☐ Gain employment ☒ Maintain employment
☒ Notify the supervising agency of changes in employment, residence and phone number
☒ No contact with: ☒ Victim ☐ Co-defendant ☐ Other
☐ Educational program: ☐ G.E.D. ☐ Vocational ☐ Higher Education
☐ Register as an offender pursuant to the Kansas Offender Registration Act, K.S.A. 22-4901 et. seq. (NO registration is required for K.S.A. 21-5705(a)(2)-(a)(6) and ALL subsections)
☐ Attend a presentation by the Victim Impact Panel
☐ Submit to KBI DNA testing and be responsible for the cost of the test
☐ Curfew Restriction: _____
☒ Travel Restriction: As imposed by Officer
☒ Other: Defendant is to pay court costs in the amount of $145.00 a month beginning 30 days after sentencing and to continue until case is paid in full.

**10. COSTS PROPOSED:**

| | | | |
|---|---|---|---|
| †Total Restitution (Please complete pg. 4 item #4) | $0.00 | Children's Advocacy Center Assessment Fee | $____ |
| KBI and Other Lab Fees | $____ | BIDS Attorney Fee | $____ |
| Court Costs (including surcharge) | $193 | BIDS Application Fee | $100 |
| * Fines to Human Trafficking Victim Assist. Fund | $____ | Booking/Fingerprint Fee | $____ |
| *Total Fines (excluding Human Trafficking Victim Assist. Fund) | $____ | SB 123 Assessment Fee ($175) | $____ |
| DNA Database Fee (K.S.A. 21-2511 & 75-724.) | $200 | SB 123 Offender Reimbursement (at least $125) $ | $____ |
| Domestic Violence Special Program Fee | $____ | Other Fees: (Lab, Medical, Witness, CourtAppointed Attorney etc.) | $____ |
| Domestic Violence Assessment/Recommendations | $____ | Specify: Witness Fees | $947.78 |
| Community Corrections Fee Collected by Community Corr. | $____ | _____ | $____ |
| Correctional Supv. Fee (Felony $120/ Misd. $60) | $120 | _____ | $____ |
| | | _____ | $____ |
| | | **TOTAL COSTS:** | $1560.78 |

† ☐ Restitution shall be ordered as per K.S.A. 22-3424 if convicted of Human Trafficking (K.S.A. 21-5426), Agg. Human Trafficking (K.S.A. 21-5426) or Commercial Exploitation of a Child (K.S.A. 21-6422).
* ☐ $250 of DUI fine shall be sent to Community Corrections Supervision Fund.
* ☐ Fines to Human Trafficking Assistance Fund: $2500-5000 for Human Trafficking (K.S.A. 21-5426), Promoting the Sale of Sexual Relations (K.S.A. 21-6420) or Commercial Sexual Exploitation of a Child (K.S.A. 21-6422); no less than $5000 for Agg. Human Trafficking (K.S.A. 21-5426); and one-half of $1200-5000 for Buying Sexual Relations (K.S.A. 21-6421).

Rev 02/02/2026

**Case No.** <u>LV2025CR000337</u>                                                                                          page 8

**OFFENDER REGISTRATION SUPPLEMENT to the PSI - K.S.A. 22-4901 et seq.**

**REGISTRATION TERMS - check appropriate boxes indicating REQUIRED TERM of registration - See K.S.A. 22-4906**

☐ Defendant advised of Notice of Duty to Register

Offender must register for 15 YEARS after the date of parole, discharge or release, whichever date is most recent, or, if offender is not confined, 15 YEARS from the date of conviction due to conviction of any of the following crimes:

☐ Capital Murder - K.S.A. 21-5401             ☐ Murder in the First Degree - K.S.A. 21-5402
☐ Murder in the Second Degree - K.S.A. 21-5403    ☐ Voluntary Manslaughter - K.S.A. 21-5404
☐ Involuntary Manslaughter - K.S.A. 21-5405(a)(1), (a)(2) or (a)(4)    ☐ Sexual Battery - K.S.A. 21-5505(a)
☐ Promoting the Sale of Sexual Relations - K.S.A. 21-6420    ☐ Sexual Extortion - K.S.A. 21-5515
                                                                 ☐ Breach of Privacy - K.S.A. 21-6101(a)(6)-(8)

☐ Criminal Restraint - K.S.A. 21-5411 (except by parent, and only when victim is <u>less than 18 years of age</u>)
☐ Any act determined beyond a reasonable doubt to have been <u>sexually motivated</u> AND the act did <u>not</u> involve non-forcible sexual conduct between <u>a victim at least 14 and offender no more than 4 years older than victim</u> - K.S.A. 22-4902(c)(19)
☐ Any <u>conviction of a person felony with court finding</u> on the record that such felony was committed with a **DEADLY WEAPON**- K.S.A. 22- 4902(e)(2)
☐ An offense not otherwise required, as provided by the Kansas Offender Registration Act, K.S.A. 22-4902(a)(5)
☐ **Manufacture** or attempted manufacture of any <u>controlled substance</u> - K.S.A. 21-5703
☐ **Possession of precursors** with intent to manufacture any <u>controlled substance</u> - K.S.A. 21-5709(a)
☐ **Cultivation, Distribution, Possession** with intent to distribute <u>opiates, opium or narcotic drugs or any stimulant</u> in K.S.A. 65-4107(d)(1), (d)(3), or (f)(1) - K.S.A. 21-5705(a)(1),<u>ONLY</u>
☐ Any of the following crimes when one of the parties is <u>less than 18 years of age:</u>
       ☐ Adultery - K.S.A. 21-5511    ☐ Buying Sexual Relations - K.S.A. 21-6421    ☐ Lewd and Lascivious Behavior - K.S.A. 21-5513
☐ Any attempt, conspiracy or criminal solicitation of an offense defined in this section

Offender must register for 25 YEARS after the date of parole, discharge or release, whichever date is most recent, or, if offender is not confined, 25 YEARS from the date of conviction due to conviction of any of the following crimes:

☐ Indecent Solicitation of a Child - K.S.A. 21-5508(a)    ☐ Electronic Solicitation - K.S.A. 21-5509
☐ Agg. Incest - K.S.A. 21-5604(b)                     ☐ Indecent Liberties With a Child - K.S.A. 21-5506(a)
☐ Unlawful Sexual Relations - K.S.A. 21-5512       ☐ Agg. Sexual Battery - K.S.A. 21-5505(b)
☐ Sexual Exploitation of a Child - K.S.A. 21-5510, <u>if the victim is at least 14 years of age but less than 18 years of age</u>
☐ Promoting Sale of Sexual Relations - K.S.A. 21-6420, <u>if the victim is at least 14 years of age but less than 18 years of age</u>
☐ Criminal Sodomy - K.S.A. 21-5504(a)(1) or (a)(2) <u>when one of the parties involved is less than 18 years of age</u>
☐ Internet Trading In Child Pornography - K.S.A. 21-5514(a)
☐ Agg. Internet Trading in Child Pornography - K.S.A. 21-5514(b), <u>if the victim is at least 14 years of age but less than 18 years of</u>age
☐ Any attempt, conspiracy or criminal solicitation of an offense defined in this section

Offender is subject to LIFETIME registration due to any of the following:
☐ 2nd or Subsequent conviction of an offense requiring registration
☐ Conviction of any of the following crimes:
      ☐ Rape - K.S.A. 21-5503
      ☐ Agg. Kidnapping - K.S.A. 21-5408(b)
      ☐ Kidnapping - K.S.A. 21-5408(a)
      ☐ Agg. Criminal Sodomy - K.S.A. 21-5504(b)
      ☐ Criminal Sodomy - K.S.A. 21-5504(a)(3) or (a)(4)
      ☐ Agg. Indecent Liberties With a Child - K.S.A. 21-5506(b)
      ☐ Agg. Indecent Solicitation of a Child - K.S.A. 21-5508(b)
      ☐ Agg. Human Trafficking- K.S.A. 21-5426(b)
      ☐ Sexual Exploitation of a Child - K.S.A. 21-5510, if the victim is less than 14 years of age
      ☐ Commercial Sexual Exploitation of a Child - K.S.A. 21-6422
      ☐ Promoting Sale of Sexual Relations - K.S.A. 21-6420, if the victim is less than 14 years of age
      ☐ Agg. Internet Trading in Child Pornography - K.S.A. 21-5514(b), if the victim is less than 14 years of age
      ☐ Any attempt, conspiracy or criminal solicitation of an offense defined in this section
☐ Duration determined by diversionary agreement, probation order or juvenile sentencing order: _____ years _____ months (K.S.A. 22-4906(i))

Rev 02/02/2026

page 9

| 1. KBI<br>KS35048764 | 2. CASE #<br>LV2025CR000337 | 6. KANSAS CRIMINAL HISTORY<br>WORKSHEET | 7. OFFENDER NAME (Last, First, Middle)<br>Lacamera, Brian Odell | |
|---|---|---|---|---|
| 3. DISTRICT #<br>1st | 4. COURT/ORI #<br>KS052015J | ☒ NEW<br>☐ PRIOR RECORD | 8. DATE OF OFFENSE<br>05/03/2025 | 9. DATE OF CONVICTION<br>01/07/2026 |
| 5. PSI INVESTIGATOR NAME (Last, First, Middle)<br>Ables, Amber | | | 10. DATE OF WORKSHEET<br>01/13/2026 | 11. DATE OF SENTENCING<br>02/04/2026 |

12. IF THE OFFENDER WAS UNDER SUPERVISION AT THE TIME HE/SHE COMMITTED THE CURRENT OFFENSE, OR WOULD HAVE BEEN UNDER SUPERVISION BUT FOR EARLY DISCHARGE - pursuant to K.S.A. 21-6608(d) or K.S.A. 22-3717(d)(2) - PLEASE CHECK THOSE THAT APPLY.

| | | | | | |
|---|---|---|---|---|---|
| ☐ Probation/Community | Jurisdiction: | Case No.: | ☐ Felony OR ☐ Misdemeanor | Date Sentenced: |
| ☐ Parole | Jurisdiction: | Case No.: | ☐ Felony OR ☐ Misdemeanor | Date Sentenced: |
| ☐ Postrelease Supervision | Jurisdiction: | Case No.: | ☐ Felony OR ☐ Misdemeanor | Date Sentenced: |
| ☐ Conditional Release | Jurisdiction: | Case No.: | ☐ Felony OR ☐ Misdemeanor | Date Sentenced: |
| ☐ Other | Jurisdiction: | Case No.: | ☐ Felony OR ☐ Misdemeanor | Date Sentenced: |
| ☐ Felony Early Discharge | Jurisdiction: | Case No.: | | Date Sentenced: |

13. CURRENT CRIME(S) OF CONVICTION

14. CRIMINAL HISTORY CONVICTIONS AND/OR ADJUDICATIONS PRIOR TO SENTENCING

| K.S.A. Number | Description | M/F | P/N | Level | Juvenile | Adult | Total | Type |
|---|---|---|---|---|---|---|---|---|
| 21-5801(-a)(1)&(b)(3) | Theft | F | N | 9 | 0 | 0 | 0 | Person or Off-grid Felonies |
| | | | | | 0 | 0 | 0 | Nonperson Felonies |
| | | | | | 0 | 0 | 0 | Person Misdemeanors |
| | | | | | 0 | 0 | 0 | Nonperson Misdemeanors |

15. Amended Criminal History Convictions and/or Adjudications

| Juvenile | Adult | Total | Type |
|---|---|---|---|
| | | | Person or Off-grid Felonies |
| | | | Nonperson Felonies |
| | | | Person Misdemeanors |
| | | | Nonperson Misdemeanors |

16. CRIMINAL HISTORY CATEGORY  ☐A ☐B ☐C ☐D ☐E ☐F ☐G ☐H ☒I

SCORED UNDER SPECIAL RULE  ☐41 ☐42 ☐44 ☐45

Amended? ☐ Yes ☒ No  ☐A ☐B ☐C ☐D ☐E ☐F ☐G ☐H ☐I

17. Number of Person Misdemeanors converted:

☐3 ☐6 ☐9 ☐12 (Check one)

Amended? ☐ Yes ☒ No   ☐3 ☐6 ☐9 ☐12 (Check one)

18. PRIOR CONVICTION USED TO ENHANCE / ELEVATE OR IS AN ELEMENT OF THE CURRENT CRIME OF CONVICTION? ☐ Yes ☒ No

19. Number of Decayed Juvenile Adjudications:

Felony ____ Misdemeanors ____

Amended? ☐ Yes ☒ No  Felony ____ Misdemeanors ____

Rev 02/02/2026

**Supplemental Criminal History Worksheet - Prior Convictions**

Offender's Name (L, F, M): Lacamera, Brian Odell          Judicial District: 1st          County: LEAVENWORTH          Case #: LV2025CR000337

| Statute / Ordinance # | Description | Juris. Code | State | County | City | Conviction Date | Case # | Conviction Code | Amended Code | Source of Information |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | |

Comments:

**CODES:**

JURISDICTION   F  Federal  S  State
                 L  Military  M  Municipal

STATE:   Use 2-letter abbreviation

Source of information:   KBI   III
                                NCIC   CR - Court Records
                                Other jurisdiction - identify
                                Other - explain

**CONVICTION AND AMENDED CODES:**

**ADULT:**

| | | | |
|---|---|---|---|
| AOG | Adult Off-Grid Felony | AMS | Adult Class B Select Misdemeanor |
| AFN | Adult Felony Nonperson | AMU | Adult Misdemeanor Unscored |
| AFP | Adult Felony Person | AMP | Adult Misdemeanor Person |
| AFE | Adult Felony Enhancement/Element/Elevation | AME | Adult Misdemeanor Enhancement/Element/Elevation |
| AMC | Adult Misdemeanor Conversion | AMN | Adult Misdemeanor Nonperson |
| NIH | Not Included in Criminal History, by order of the Court, reasons state in Journal Entry | | |

**JUVENILE:**

| | | | |
|---|---|---|---|
| JOG | Juvenile Off-Grid Felony | JMD | Juvenile Misdemeanor Decayed |
| JFD | Juvenile Felony Decayed | JMU | Juvenile Misdemeanor Unscored |
| JFP | Juvenile Felony Person | JMN | Juvenile Misdemeanor Nonperson |
| JFE | Juvenile Felony Enhancement/Element/Elevation | JMC | Juvenile Misdemeanor Conversion |
| JMP | Juvenile Misdemeanor Person | JFN | Juvenile Felony Nonperson |
| | | JMS | Juvenile Misdemeanor Select |

**Note:** Class B and Class C nonperson misdemeanor convictions/adjudications, other than select misdemeanors in K.S.A. 21-6301(a)(10) and (a)(11), are not scored.

**Note:** : Unscored convictions/adjudications and decayed adjudications are not counted on page 1 of the worksheet.

02/02/2026

LSCMI-13828-IN: 01/26/2026 Court Services - Risk:Low Score:10...    https://portaldockansas.cyzap.net/dzapps/dbzap.bin/apps/assess/me...

# Kansas Judicial Branch

## Court Services Assessment Management System

2/2/2026 9:58:03 AM CST

### LSCMI Assessment Profile Report

| | | | |
|---|---|---|---|
| Subject | Brian O Lacamera | Assessment ID | CMS-LSCMI-13828 |
| Subject ID | KS35048764 | Purpose | Pre-Sentence |
| Date of Birth | ███/1986 | Assessor | Aables@1jd |
| Assessment Age | 39 | Assessment Date | 1/26/2026 |
| Gender | Male | Re-assessment | |

**Status and Scores**

| Status | Omitted | Total Score | Risk | Recommendation |
|---|---|---|---|---|
| Submit | 3 | 10 | Low | Court Services |

**Domain Scores**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Section 1: General Risk/Need Factors Criminal History | | Very Low | 0 | Education/ Employment | ▉ | Very Low | 1 |
| Family/Marital | ▉▉▉ | Med | 2 | Leisure/Recreation | ▉▉▉▉ | High | 2 |
| Companions | | Very Low | 0 | Alcohol/Drug Problems | ▉ | Low | 1 |
| Procriminal Attitudes/Orientation | ▉▉▉ | Med | 2 | Antisocial Pattern | ▉▉▉ | Med | 2 |

**Dates**

| | | | |
|---|---|---|---|
| Save Date | 2/2/2026 | Submit Date | 2/2/2026 |
| Re-assessment | | Revised Date | |

**Case**

| | | | |
|---|---|---|---|
| Case # | 2025CR000337 | Designation | Non-Person |
| Offense | | | |
| Level of Offense | Level 9 Felony | County | LEAVENWORTH |
| Crim Hist Category | I | Judicial District | 01 |

**Supervision**

| | | | |
|---|---|---|---|
| Start Date | | ACS | NA |
| End Date | | Length (months) | |

MHS Copyright © 2004 Multi-Health Systems Inc. All rights reserved. In the U.S.A., P.O Box 950, North Tonawanda, NY 14120-0950, (800) 456-3003. In Canada, 3770 Victoria Park Ave., Toronto, ON M2H 3M6, (800) 268-6011. Internationally, +1-416-492-2627. Fax, +1-416-492-3343 or (888) 540-4484.