23-006217

FILED
2026 JAN 20 PM 12:35
DISTRICT COURT
RILEY CO. KS.

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS

SEARCH WARRANT

No. RL2026MR000018

Issued at: 11 : 40 a.m.

Oct. 7, 2025

State of Kansas )
County of Riley )

TO ALL LAW ENFORCEMENT OFFICERS OF THE STATE OF KANSAS:

**SEARCH WARRANT FOR:** Known Oral/Buccal Swab Sample of DNA from **Brian LaCamera, Date of Birth November 9, 1986, Social Security Number 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**. Sample shall be collected and maintained while in the presence of a Law Enforcement Officer and shall consist of two (2) pairs of oral buccal swabs.

WHEREAS, an affidavit and application for search warrant has been presented to me by, **Detective Wesley Ulmer** of the Riley County Police Department, and having evidence under oath before me from which I find there is probable cause to believe an offense against the laws of the State of Kansas, **Burglary** has been or is being committed. The listed information on the application for the search warrant and affidavit in support there-of, are incorporated herein by reference as contraband, evidence, fruits or instrumentalities of such offense, to-wit:

1. **Known Oral/Buccal Swabs (4) of DNA from Brian LaCamera, Date of Birth November 9, 1986, Social Security Number 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**

Are located in or upon the above described persons, places, things, or means of conveyance;

**YOU ARE THEREFORE COMMANDED** forthwith to search the person, place, thing, or means of conveyance herein before specified for such items holding them to be dealt with according to law and make due return of the warrant.

[signature]

**Judge of the District Court**

Riley County Police Department
20 JAN '26 PM 2:02

RETURN

---

I, the undersigned, received this warrant on the _7TH _ day of _OCTOBER_, 20_25_, at _11_: _40_ _A_.M., and I have executed it as follows:

1. On the _14TH_ day of _OCTOBER_, 20_25_, at _17_:_20_ _P_.M., I conducted a search of the person, place, or means of conveyance described in the warrant. Officers present and participating in this search were: [attach additional sheets if needed]

   DETECTIVE PARKER ______________________________

   ______________________________

2. I seized the following items of property:

   _______ As listed on the attached sheet

   _XX_ As listed here and on the reverse side of this return.

   INDIVIDUAL BARRICADED IN RESIDENCE AND REFUSED TO COMPLY WITH SEARCH WARRANT.

   CRIMINAL AFFIDAVIT FOR ARREST WARRANT HAS BEEN FILED IN WASHINGTON COUNTY

3. A copy of this warrant, with a signed copy of this return listing said property seized and held, was by me:

   _______ left with ______________________________, as his/her receipt particularly describing each article seized and held.

   _______ left at the place of the search and seizure, there being no person available with whom to leave it.

4. The search was completed at ___:___ ___.M. on this ______ day of ________________, 20__.

Returned on this ______ day of ____________________, 20__, by ______________________

Subscribed and sworn to, and returned before me this ______ day of ____________________, 20__.

______________________________

**Clerk of the District Court**

23-00 6217

RL2026MR000018

on the _7TH _ day of _OCTOBER_, 20_25_, at _11_: _40_ _A_.M., and I

__, 20_25_, at _17_:_20_ _P_.M., I conducted a search of the person, escribed in the warrant. Officers present and participating in this search needed]

2. I seized the following items of property:

_______ As listed on the attached sheet

__XX___ As listed here and on the reverse side of this return.

______INDIVIDUAL BARRICADED IN RESIDENCE AND REFUSED TO COMPLY WITH SEARCH WARRANT.

______CRIMINAL AFFIDAVIT FOR ARREST WARRANT HAS BEEN FILED IN WASHINGTON COUNTY__

3. A copy of this warrant, with a signed copy of this return listing said property seized and held, was by me:

_______ left with ______________________________, as his/her receipt particularly describing each article seized and held.

_______ left at the place of the search and seizure, there being no person available with whom to leave it.

4. The search was completed at ___:___ __.M. on this ______ day of ________________, 20__.

Returned on this _20TH_ day of _JANUARY_, 2026, by [signature] #541

Subscribed and sworn to, and returned before me this _20th_ day of _January_, 2026

SEAL OF THE DISTRICT COURT ★ RILEY COUNTY, KANSAS ★

[signature]

Clerk of the District Court

# THE 21st JUDICIAL DISTRICT OF RILEY COUNTY, KANSAS

**IN RE: SEARCH WARRANT FOR:** Known Oral/Buccal Swab Sample of DNA from **Brian LaCamera, Date of Birth November 9, 1986, Social Security Number 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**. Sample shall be collected and maintained while in the presence of a Law Enforcement Officer and shall consist of two (2) pairs of oral buccal swabs.

## APPLICATION FOR SEARCH WARRANT

State of Kansas, Riley County, ss

Affiant, **Detective Wesley Ulmer**, of lawful age, after first being duly sworn on oath, on information and belief states:

Affiant has probable cause to believe and does believe that an offense against the laws of the State of Kansas, **Burglary**, has been committed and that certain contraband, fruits, instrumentalities and evidence of such offense, to-wit:

1. **Known Oral/Buccal Swabs (4) of DNA from Brian LaCamera, Date of Birth November 9, 1986, Social Security Number 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**

are located in or upon the above described persons, places, things or means of conveyance.

That the basis of Affiant's probable cause is as follows and was obtained by the affiant, from **the victims, Kansas Bureau of Investigation Forensic Scientists, and other Law Enforcement Officers with the Riley County Police Department:**

1. **On November 14, 2023, Detective Ulmer, of the Riley County Police Department hereon referred to as I, was assigned to a reported storage unit burglary. Monte Miller and Doris Miller reported that between November 11, 2023 and November 14, 2023, their storage unit, located at AAA Self Storage, 1812 Fair Lane, Manhattan, Riley County, Kansas, was entered and most of the items that were in the storage unit were taken.**

2. **Monte and Doris reported a large amount of items being taken, totaling approximately $17,864.40.**

3. **Various searches through online marketplaces and databases were conducted multiple times with none of the items being located.**

4. During the initial investigation, fingerprints were collected from cabinets that appeared to have been shifted from their original location in the storage unit. On January 1, 2024, I received Kansas Bureau of Investigations Forensic Laboratory results for the latent prints that were collected from the cabinet and submitted for examination. The report indicated that there was insufficient ridge detail present to examine the prints.

5. A cigarette butt was also discovered inside the storage unit that had some ash coming from the cigarette, appearing as if it had been dropped while lit and burned out in place. Monte and Doris both confirmed that none of them smoked and that none of the movers smoked while moving items into the storage unit. Doris later explained that she thought one of the movers did smoke, but did not while moving items. Monte also explained that items were stacked where the cigarette butt was located. Doris was adamant that the cigarette was not in the storage unit when they were in it on Saturday (November 11).

6. On April 14, 2024, I received Kansas Bureau of Investigations Forensic Laboratory results for the cigarette butt that was collected and submitted for DNA examination. The report indicated that there was a partial DNA profile found belonging to an unknown male. The report indicated the partial DNA profile was entered into the appropriate databases within the Combined DNA Index System (CODIS).

7. On May 31, 2024, I received a voicemail from Doris as well as a packet containing printed papers of a Facebook Marketplace listing for German beer steins. I searched Facebook marketplace and located the ad. The seller was listed as Katie Bargman in Linn, KS. I conducted a Spillman (local law enforcement database) search and found Katie Bargman to be an alias (possibly a previous married or maiden name) for Katie Safford. I conducted a TLO search and found Katie to have an address of 606 S Main St., Linn, KS.

8. I then went to the address in Linn, KS in an attempt to meet with Katie. Upon arrival I met with Brian Odell Lacamera, identified by name and date of birth. Brian said Katie was not home and he did not know when she would return.

9. Brian asked if I was there because of the beer steins and I said I was. Brian explained that the listing was made on his behalf and that he was the seller of the beer steins. Brian said he had been contacted by the Millers about the steins. Brian said he acquired the steins at an auction but was unsure which auction. Brian explained that he is in the business of purchasing auctioned storage units and purchasing items at estate auctions. Brian said he then resells the items.

10. Brian showed me around his house and I did not see any other key items that were reported stolen from the Miller's storage unit. Brian searched around but was unable to locate the steins. The house was generally clean and neat inside, but the garage was full and cluttered with a plethora of items.

11. Brian said he originally acquired the steins approximately 1 - 2 years ago at an auction.

**12. Nothing in the photographs would have made the steins uniquely identifiable and there were no other unique items located at the residence. Brian also offered to give the steins to the Millers for their loss.**

**13. On September 8, 2025, I received Kansas Bureau of Investigations Forensic Laboratory CODIS Notification. The report indicated that during a search of the CODIS database, an association occurred between the partial DNA profile that was collected from the cigarette butt submitted for analysis and an arrestee profile generated by the Kansas Bureau of Investigation DNA Databank. The report said the arrestee was identified as Brian LaCamera, Date of Birth November 9, 1986, Social Security Number 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, KBI Number 35048764.**

---

The Affiant has been employed with the Riley County Police Department as an officer or a detective since August, 2013. The affiant is an experience law enforcement officer and is currently assigned to the Repeat Offender Program within the Special Investigations Unit. The affiant has been in this position since May, 2024, however, has worked numerous investigations involving person crimes, financial crimes, property crimes, and drug related crimes during his time of service.

1. The affiant knows from his investigative experience and training that known samples of DNA (Deoxyribonucleic acid) are utilized for comparison in regard to biological evidence collected in various crimes, most commonly used in person related felony investigations.
2. The affiant knows that a CODIS (Combined DNA Index System) hit of suspect in an investigation is not alone probable cause for arrest. A known sample is required for analysis and comparison for confirmation.
3. The affiant knows an individual's DNA is unique to only themselves and used as both exculpatory and inculpatory evidence in court. Because of this DNA swabs/samples should be handled as evidence following Riley County Police Department policy and procedures for collection and storage.
4. The affiant knows that DNA evidence collected for comparison (known sample) is sent to the Kansas Bureau of Investigation for further analysis.

*WHEREFORE, Affiant prays that a search warrant be issued, according to law, to search for, apprehend and seize, the above-described items, if any there be, holding them to be dealt with according to law.*

AFFIANT

SUBSCRIBED AND SWORN to before me this 6th day of October, 2025.

**Public Notary**

DUSTIN J. WEISZBROD
Notary Public - State of Kansas
My Appt. Expires 6-27-27