FILED
U.S. District Court
District of Kansas
09/10/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRIAN LACAMERA,<br><br>Petitioner,<br><br>v.<br><br>STATE OF KANSAS,<br><br>Respondent. | **Case No. 5:26-cv-03233-JWL** |

## NOTICE OF APPEAL

Notice is hereby given that Petitioner Brian LaCamera, proceeding pro se, appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum and Order entered on September 2, 2026, dismissing this 28 U.S.C. § 2241 action (Doc. 6), and from the September 2, 2026 Order denying a certificate of appealability (Doc. 8), together with all prior orders that merge into or are reviewable with the final disposition.

Respectfully submitted,

______________________________

Brian LaCamera, Petitioner, Pro Se
606 S Main St.
Linn, Kansas 66953

Date: ______________________________